# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:11-CR-77-LRH-WGC |
| Plaintiff, ) | ORDER |
| vs. ) | |
| JOSE MANUEL GARCIA-SOTO ) aka Jose Garcia, ) | |
| Defendant. ) | |

FILED ✓
ENTERED ____  RECEIVED ____  SERVED ON ____
COUNSEL/PARTIES OF RECORD

JUN 1 2 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Defendant, <u>Jose Manuel Garcia-Soto aka Jose Garcia</u>, ~~having requested permission~~ to enter a plea of guilty, hereby gives written consent to review of the Presentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_/s/ Jose Garcia_
Defendant

_/s/_
Counsel for Defendant

_/s/_
Assistant U.S. Attorney

DATED this 12 day of June, 2012.

APPROVED:

_/s/_
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE